1  AARON D. FORD
     Attorney General
2  MAYRA GARAY (Bar No. 15550)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-3788 (phone)
   (702) 486-3768 (fax)
6  Email: mgaray@ag.nv.gov

7  *Attorneys for Interest Party*
   *Nevada Department of Corrections*
8

9                     **UNITED STATES DISTRICT COURT**

10                              **DISTRICT OF NEVADA**

11  JERRY MEAS,                              Case No. 3:24-cv-00138-MMD-CLB

12              Plaintiff,
                                             **ORDER GRANTING**
13       v.                                  **STIPULATION AND ORDER**
                                             **TO DISMISS WITH PREJUDICE**
14  STATE OF NEVADA, *et al.*,

15              Defendants.

16

17       IT IS HEREBY STIPULATED by and between Defendants, by and through counsel,
18  Aaron D. Ford, Attorney General of the State of Nevada, and Mayra Garay, Deputy
19  Attorney General, of the State of Nevada, Office of the Attorney General, and Jerry Meas,
20  *pro se,* under Rule 41(a)(l)(A)(ii), Federal Rules of Civil Procedure, that the above-
21  captioned action shall be dismissed with prejudice, with each party bearing their own
22  attorney's fees and costs.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 6th day of August, 2024.

DATED this 6th day of August, 2024.
AARON D. FORD
Attorney General

_____
JERRY MEAS #1187185

/s/ Mayra Garay_____
MAYRA GARAY (Bar No. 15550)

*Plaintiff, pro se*

*Attorneys for Interested Party*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED __September 20, 2024_____

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on _____ _____, 2024, I electronically filed the foregoing _____ via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Jerry Meas, #1187185
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, Pro Se*

/s/ Andrea Beckett
ANDREA BECKETT, an employee of the
Office of the Nevada Attorney General